UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  2:15-cr-1-FtM-38MRM

DANIEL EDWARD PALMER
_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following property, which upon entry will be a final order of forfeiture as to the defendant:

> A generic computer tower, with no model number and no serial number, containing the following hard drive: Seagate model number: ST31500341A; serial number:  9VS4EJH9, 1500 gigabyte hard drive, which is a product of Thailand.

The defendant pled guilty and was adjudged guilty of distributing child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), as charged in Count One of the Indictment.  The Court finds that the United States has established the requisite nexus between the assets identified above and the offense of conviction.

Accordingly, it is

**ORDERED:**

The motion of the United States is **GRANTED**.  Pursuant to 18 U.S.C. § 2253(a) and Fed. R. Crim. P. 32.2(b)(2), the assets described above are hereby

**FORFEITED** to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets to address any third party interests that may be asserted.

**DONE** and **ORDERED** in Fort Myers, Florida on January 22, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties/Attorneys of Record